## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS SPRINGFIELD DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DYLAN EUGENE HINDERS, | ) | Case No. 20-70818 |
| | ) | Chapter 7 |
| Debtor. | ) | |

### NOTICE OF APPLICATION FOR COMPENSATION FOR ROBBINS DIMONTE, LTD.

TAKE NOTICE that Andrew S. Erickson, Chapter 7 Trustee, has filed an Application for Compensation for Robbins DiMonte, Ltd., 180 N. LaSalle St., Ste. 3300, Chicago, IL 60601 (FKA Robbins, Soloman, & Patt, Ltd.) ("Attorneys"). The Trustee proposes to pay Attorneys $51,018.75 in fees incurred and awarded in the litigation of Mr. Hinders' ADA/Civil Rights Discrimination Claim ("Claim") in the United States District Court for the Central District of Illinois. Said court has entered a judgment in favor of the Debtor, awarding $20,000.00 in compensatory damages, $9,192.75 in post judgment interest, and $51,018.75 in attorney fees. Attorneys have collected $80,274.50 from the Defendant, and the same has been deposited into the chapter 7 estate checking account. The proposed attorney fees have already been awarded and approved by the United States District Court, and are consistent with this Court's Order granting the Amended Application to Employ Attorneys. The trustee recommends approval of this Application for Compensation.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, or if you want the Court to consider your views on the application, then on or before **January 18, 2024** you or your attorney must file with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at: U.S. Bankruptcy Court, 600 E. Monroe Street, Room 226 Springfield, IL 62701.

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.  You must also mail a copy to the trustee and the Debtor's attorney.

Go to *www.ilcb.uscourts.gov* for information regarding this Court's mandatory electronic filing policy.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: December 28, 2023

/s/ Andrew S. Erickson
ANDREW S. ERICKSON
Chapter 7 Trustee
Registration No. 6305805
P.O. Box 438
Decatur, IL 62525-0438
Telephone: (217) 425-1515
*aetrustee@aericksonlaw.com*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 28, 2023 he uploaded a copy of this instrument to the Court's EM/ECF filing system, and determined that the following parties have registered with the Court for electronic filing and therefore will be sent a copy at the email address provided at registration:

US Trustee
Eric James Homa
Nisha Bhupendra Parikh

/s/ Andrew S. Erickson

**CERTIFICATE OF SERVICE**

I further certify that on December 28, 2023 a copy of the forgoing instrument was uploaded to <u>Stretto</u>, an approved bankruptcy noticing provider, which will, on the same date, cause a copy thereof to be sent via first-class U.S. mail to the following (a supplemental certificate of service generated by <u>Stretto</u> will be filed following completion of the mailing):

*See attached mailing matrix*

/s/ Andrew S. Erickson

+ Denotes electronic recipient
0753-3
Case 20-70818
Central District of Illinois
Springfield
Thu Dec 28 09:37:54 CST 2023

Dylan Eugene Hinde
130 Chestnut St
Jacksonville, IL 62650-1727

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

SCOTT CREDIT UNION
POB 485
EDWARDSVILLE, IL 62025-0485

U.S. Bank National Association
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

AmeriHome Mortgage
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362-3888

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Discover Bank
Discover Product Inc
PO BOX 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Farmers State Bank & T
200 W State
Jacksonville, IL 62650-2002

(p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 2340
PHOENIX AZ 85002-2340

Home Depot Corporate Headquaters
2455 Paces Ferry Rd, NW
Atlanta, GA 30339

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Memorial Medical Center
701 N. 1st St.
Springfield, IL 62702-4949

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

(p)PASSAVANT AREA HOSPITAL
ATTN LESLIE
1600 W WALNUT
JACKSONVILLE IL 62650-1199

Penelope Lopez
130 Chestnut St
Jacksonville, IL 62650-1727

Personal Finance Compa
802 W Morton Av
Jacksonville, IL 62650-3150

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SIU Healthcare
PO Box 20907
Springfield, IL 62708-0907

SIU School of Medicine
PO Box 19670
Springfield, IL 62794-9670

Scott Credit Union
Attn: Bankruptcy
101 Credit Union Way
Edwardsville, IL 62025-3504

Social Security Adminstration
Office of Regional Commissioner
26 Federal Plaza  Rm 40-120
New York, NY 10278-4199

St Johns Hospital
800 East Carpenter Street
Springfield, IL 62769-0002

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Attn: Bankruptcy
PO Box 956060
Orlando, FL 32896-0001

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896-5064

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Trustee +
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, IL 61602-1241

Nisha Bhupendra Parikh +
Diaz Anselmo & Associates, LLC
1771 W. Diehl Road
Suite 120
Naperville, IL 60563-4917

Eric James Homa +
Upright Law, LLC
PO Box 5063
Peoria, IL 61601-5063

Andrew S. Erickson +
PO Box 438
Decatur, IL 62525-0438

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Freedom Plus
Attn: Bankruptcy
Po Box 2340
Phoenix, AZ 85002

Passavant Area Hospital
1600 West Walnut
Jacksonville, IL 62650

Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Suite 200
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

US Bank
Bankruptcy Dept.
PO Box 5229
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AmeriHome Mortgage Company, LLC

(u)Andres Gallegos
Gallegos Robbins, Salomon & Patt, Ltd.

End of Label Matrix
Mailable recipients    33
Bypassed recipients     2
Total                  35