**IT IS SO ORDERED.**

**SIGNED THIS: January 19, 2024**

_____

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS SPRINGFIELD DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DYLAN EUGENE HINDERS, | ) | Case No. 20-70818 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION FOR COMPENSATION**

NOW THIS CAUSE coming on to be heard upon the Application for Compensation for Attorneys Robbins DiMonte, Ltd. 180 N. LaSalle St., Ste. 3300, Chicago, IL 60601 ("Attorneys"), notice thereof having been provided and no objections or responses having been made thereto, this Court, having reviewed and considered the same FINDS the Application for Compensation should be granted and this Order should enter.

IT IS THEREFORE ORDERED:

1. The trustee's Application for Compensation for Attorneys is granted.

2. Attorneys are awarded $51,018.75 in fees incurred/awarded in litigating the debtor's ADA/Civil Rights Discrimination Claim, the same already having been awarded by the United States District Court for the Central District of Illinois.

3. The trustee is authorized to pay Attorneys the fees so awarded.

###